565.020.1 RSMo 1994 on which he was sentenced to life imprisonment without probation or parole, and of armed criminal action, in violation of section 571.015 RSMo 1994 on which he was sentenced to life imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).

ment on each count to be served concurrently. He filed a Rule 24.035 motion to vacate, arguing that he was denied effective assistance of counsel. The trial court denied the motion without an evidentiary hearing, and the defendant appeals.

The findings and conclusions of the trial court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

Charles MANNING, Appellant,

v.

STATE of Missouri, Respondent.

No. 71444.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 21, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 8, 1998.

David Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Appellant/defendant was convicted of second degree robbery, four counts of stealing a motor vehicle, and three counts of tampering, and was sentenced to fifteen years imprison-

Paul LEISURE, Claimant,

v.

LN & P TOWING/LABOR LOCAL
42, Employers.

No. 71934.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 28, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 8, 1998.

Evans & Dixon, L.L.C., Betsy J. Levitt & Adrian P. Sulser, St. Louis, for respondent LN & P Towing.

John R. Geiss, St. Louis, for respondent Laborers International Union Local 42.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.